IN THE UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF GEORGIA
ATLANTA DIVISION

| | |
|---|---|
| CEDRICK F. ALEXANDER, on his own behalf and all similarly situated individuals, <br><br> Plaintiff, <br><br> v. <br><br> ABLE TOWING COMPANY, INC., a Georgia Profit Corporation, and MARCELO BEZERRA, individually and WILLIAM MILKS, individually, <br><br> Defendants. <br> _____/ | CIVIL ACTION NO: <br> 1:14-CV-0737-TWT |

## DEFAULT JUDGMENT

The Defendant ABLE TOWING COMPANY, INC., having failed to plead or otherwise to defend this action and default having been duly entered, and the Court, by order entered February 23, 2015, having directed that judgment issue in favor of Plaintiff and against ABLE TOWING COMPANY, INC., it is hereby

ORDERED AND ADJUDGED, that the Court awards Plaintiff judgment against Defendant ABLE TOWING COMPANY, INC. as follows:

    a.    CEDRIC F. ALEXANDER: $1,250.90 for unpaid wages;

    b.    CEDRIC F. ALEXANDER: $1,250.90 for liquidated damages; and

    c.    MORGAN & MORGAN: $949.27for costs.

Dated at Atlanta, Georgia this 6th day of March, 2015.

                                                    /s/Thomas W. Thrash
                                                    THOMAS W. THRASH, JR.
                                                    United States District Judge